Argued and submitted March 28, affirmed as modified April 11, reconsideration denied May 11, petition for review denied May 30, 1984 (297 Or 228)

STATE OF OREGON,
*Respondent,*

*v.*

JAMES ARTHUR RIGGS,
*Appellant.*

(81-376C; CA A26467)

679 P2d 352

Helen I. Bloch, Salem, argued the cause for appellant. With her on the brief was Gary D. Babcock, Public Defender, Salem.

Brenda J. Peterson, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Gillette, Presiding Judge, Joseph, Chief Judge, and Van Hoomissen, Judge.

PER CURIAM

**PER CURIAM**

In this criminal case, the state concedes that the trial court erred in imposing a 10-year minimum sentence on defendant's murder conviction. *State v. Macy,* 295 Or 738, 671 P2d 92 (1983). The 10-year minimum to be served on defendant's murder conviction is deleted. *See* Or Const, Art VII (Amended), § 3; *State v. Smith,* 65 Or App 344, 671 P2d 1206 (1983). In all other respects, defendant's convictions and sentences for murder and kidnapping are affirmed.[1]

Affirmed as modified.

---

[1] Defendant's other assignments of error are not well taken.